UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA


PATRICK DANIEL SCANLON                          CIVIL ACTION

VERSUS                                          NO: 06-2899

JO ANNE BARNHART,                               SECTION: R(4)
COMMISSIONER OF SOCIAL
SECURITY


**<u>ORDER</u>**

Before the Court is petitioner Patrick Scanlon's appeal of the Social Security Commissioner's denial of his claim for Disability Insurance Benefits. The Court referred this matter to United States Magistrate Judge Karen Wells Roby under 28 U.S.C. § 636(b) and Local Rule 19.02E(b) for the preparation of proposed findings and recommendations. The magistrate judge recommends that the administrative law judge's decision be reversed for lack of substantial evidence and remanded for receipt of additional evidence. The government does not oppose the Magistrate Judge's Report and Recommendation. Nor does petitioner. Petitioner has, however, filed "clarifications" to the Magistrate Judge's report. The Court has reviewed petitioner's submission and finds that he does not object to any of the Magistrate Judge's conclusions, but rather disputes the findings of the ALJ.

Having considered *de novo* the petition, the record, applicable law, the Magistrate Judge's Report and Recommendation, and the petitioner's points of clarification, the Court approves the Report and Recommendation and adopts it as its opinion in this matter. The Court finds that the Magistrate Judge correctly determined that the ALJ's ruling was not supported by substantial evidence. Based on the record, it is unclear whether petitioner's last insured date is properly calculated at September 30, 2001. Also, in light of the evidence of petitioner's various health problems, the basis for the ALJ's finding that he was not disabled between January 27, 1999 and September 30, 2001 — the period for which he claims benefits — is ambiguous. Accordingly, the Court remands this matter for receipt of additional evidence under 42 U.S.C. § 405(g). To fully develop the facts relative to petitioners claim for benefits, *see Pierre v. Sullivan*, 884 F.2d 799, 802 (5th Cir. 1989), the ALJ should secure medical records and other evidence to determine whether petitioner was disabled between January 27, 1999 and September 30, 2001, and whether September 30, 2001 was petitioner's last insured date.

New Orleans, Louisiana, this  30th  day of October 2007.

_Sarah Vance_
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE